UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER DUTRO, GLENDA STRIPES, SARAH DUTRO, MARTHA McKNELLY, FRANCES SMITH, and CHRISTINA MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, CALVERY OPEN BIBLE CHURCH, CITY OF ANTIOCH, ART ACOSTA, DEMETREE BARAKOS, WILLIAM DEE, JACK ROGERS, TOM POTTS, MARK WOOD, ANTHONY LEE, and ROES 11 TO 100,<br><br>Defendants. | Case No. 12-cv-02972 NC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION**<br><br>Re: Dkt. No. 67 |

Defendants the City of Antioch, Art Acosta, Dimitri Barakos, and William Dee[1] move for leave to file a motion for partial reconsideration of this Court's October 18, 2012 order granting defendants' motion to dismiss under Civil Local Rule 7-9. Dkt. No. 67. The City defendants assert the Court erred in applying California Code of Civil Procedure § 340.1(a)'s delayed discovery rule to plaintiff Martha McKnelly's state law claims for sexual abuse. The City therefore seeks the Court's clarification as to the

---

[1] The County defendants filed a notice of joinder to the City's motion on November 8, 2012. Dkt. No. 68.

Case No. 12-cv-02972 NC
ORDER GRANTING
MOT. FOR LEAVE

1 proper delayed discovery rule to apply to plaintiff Martha McKnelly's state law sexual
2 abuse claims.
3     The Court finds that the City has fully briefed its motion for reconsideration and
4 allows plaintiffs to submit supplemental briefing in opposition to the City's motion by
5 November 21, 2012. Plaintiffs' last date to file an amended complaint is extended to
6 November 30, 2012, and the case management conference scheduled for November 28,
7 2012 is CONTINUED to December 12, 2012 at 2:00 p.m., in Courtroom A, 15th Floor,
8 450 Golden Gate Ave., San Francisco.
9     IT IS SO ORDERED.

Date: November 14, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-02972 NC
ORDER GRANTING
MOT. FOR LEAVE    2